FILED

05/29/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0445

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0445

STATE OF MONTANA,

Plaintiff and Appellee,

v.

DUSTIN WADE SORLIE,

Defendant and Appellant.

**ORDER**

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including July 3, 2024, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 29 2024